UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MARINA ISKHAKOVA, on behalf of herself and
all others similarly situated,

                              Plaintiffs,

          -against-

IRVING FARM COFFEE CO., INC.,

                             Defendant.
--------------------------------------------------------------

ORDER

22-cv-1845 (ENV) (JRC)

VITALIANO, D.J.

      I am recused.

      So Ordered.

Dated: Brooklyn, New York
          April 5, 2022

                                                    /s/ Eric N. Vitaliano
                                                   ERIC N. VITALIANO
                                                 United States District Judge