UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARINA ISKAHAKOVA,

                                      Plaintiff,

-against-

IRVING FARM COFFEE CO., INC.,

                                    Defendant.
-------------------------------------------------------------X

Civil Case No.: 1:22-cv-01845
KAM-JRC

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Jennifer E. Sherven, Esq., an attorney duly-admitted to this Court, hereby appears as counsel for Defendant, IRVING FARM COFFEE CO., INC. Please forward a copy of all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
       April 29, 2022

                                      **KAUFMAN DOLOWICH & VOLUCK, LLP**
                                      *Attorneys for Defendant*

                              By: _____
                                 Jennifer E. Sherven, Esq.
                                 135 Crossways Park Drive, Suite 201
                                 Woodbury, New York 11797
                                 T: (516) 681-1100
                                 F: (516) 681-1101
                                 E: jsherven@kdvlaw.com

TO:    All parties via ECF

4859-3208-5022, v. 1