UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARINA ISKHAKOVA, on behalf of herself and all
others similarly situated,   Civil Case No.: 1:22-cv- 01845

                 Plaintiff,   **STIPULATION OF**
    -against-   **DISMISSAL**

IRVING FARM COFFEE CO., INC.,

                 Defendant.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED,** Defendant is committed to improving the accessibility of its Website: www.irvingfarm.com. Defendant shall bring the Website into substantial compliance with the DOJ's Guidance on Web Accessibility and the ADA, issued on March 18, 2022 (the "DOJ's Guidance"), by June 30, 2023.

**IT IS FURTHER STIPULATED AND AGREED,** that, notwithstanding anything contained herein, the Website shall be permitted to link to web content owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals with disabilities. The term "Third-Party Content" refers to web content that is not developed, owned, or operated by Defendant. The Parties agree Defendant is not responsible for the accessibility of such Third-Party Content.

**IT IS FURTHER STIPULATED AND AGREED,** that notwithstanding anything contained herein, if the ADA is amended, if the Supreme Court or any U.S. Circuit Court of Appeals recognizes a standard for website accessibility, or if the DOJ promulgates a final ADA Title III regulation setting out a website accessibility standard during the term of this Agreement, Defendant will commence reasonable and necessary efforts to ensure legal compliance with such standards within the time frames set forth in the law, guidelines, or regulations.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

| | |
|---|---|
| Dated: Woodbury, New York<br>　　　　August 9, 2022 | Dated:　Hackensack, New Jersey<br>　　　　August 9, 2022 |
| KAUFMAN DOLOWICH & VOLUCK, LLP<br>*Attorneys for Defendant* | STEIN SAKS, PLLC<br>*Attorneys for Plaintiff* |
| *s/Jennifer Sherven*<br>Jennifer E. Sherven, Esq.<br>Saranicole A. Duaban, Esq.<br>135 Crossways Park Drive, Suite 201<br>Woodbury, New York 11797<br>(516) 681-1100 | *s/Mark Rozenberg*<br>Mark Rozenberg, Esq.<br>One University Plaza, Suite 620<br>Hackensack, New Jersey 07601<br>(201) 282-6500 |

**SO ORDERED:**

_____

4869-9664-5670, v. 1